# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0889
Lower Tribunal No. 23-2691
_____


**Hector Medina, et al.,**
Appellants,

vs.

**City of North Miami, et al.,**
Appellees.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Law Firm of Juan-Carlos Planas, P.A., and Juan-Carlos Planas, for appellants.

Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes and Eric P. Hockman and Blayne Yudis, for appellee City of North Miami.


Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.